# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT
_____

No. 12-1607
_____

EAST END TAXI SERVICES, INC.

v.

VIRGIN ISLANDS TAXI ASSOCIATION, INC,

Appellant.

On Appeal from the District Court
of the Virgin Islands – Appellate Division
(Division of St. Thomas)
District Court No. 03-cv-000146
District Judge:  Honorable Stanley S. Brotman

Before:  SMITH, HARDIMAN and ROTH, <u>Circuit Judges</u>

(Opinion filed January 31, 2013)

## <u>ORDER AMENDING OPINION</u>

**IT IS ORDERED** that the not precedential opinion in the above case, filed on

January 31, 2013, be amended as follows:

**On page 18,** delete the extra period after the word "one".

**On page 2**, delete the "9" after "§ 1613a" – cite should read "§ 1613a(c)".

/s/ JANE R. ROTH
Circuit Judge

Dated: February 4, 2013
Smw/cc:     Mark D. Hodge, Esq.

1

Terri L. Griffiths, Esq.
Lee J. Rohn, Esq.